## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| v. | CRIMINAL NO. 25-*188 (GMM)* |
| LUCRECIO ELENA-PAREDES<br>Defendant | VIOLATION:<br>8 U.S.C. §§ 1326(a) & (b)(2)<br>(ONE COUNT) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Re-entry of Removed Alien**
**(Title 8, *United States Code*, Sections 1326(a) & (b)(2))**

On or about April 6, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**LUCRECIO ELENA-PAREDES,**

who is an alien, as the term is defined in Title 8, *United States Code*, Section 1101(a)(3), and who has been previously removed from the United States after an aggravated felony conviction, was found in the United States, without obtaining, prior to his re-embarkation at a place outside the United States, the express consent of the Secretary of Homeland Security to reapply for admission into the United States. All in violation of Title 8, *United States Code*, Sections 1326(a) & (b)(2).

W. STEPHEN MULDROW
United States Attorney

TRUE BILL

Jenifer Y. Hernández-Vega
Assistant United States Attorney
Chief, Child Exploitation and Immigration Unit

Foreperson
Dated: _Apr/10/2025_

César E. Rivera-Díaz
Assistant United States Attorney
Violent Crimes Division